MONTEMURO, J., is sitting by designation.

---

In re Appeal of SHEETZ, INC., from the Action of the Board of Assessment and Revision of Taxes for Blair County.

Petition of SHEETZ, INC., Stanton Sheetz & Blair County Board of Assessment & Revision of Taxes

In re Appeal of Stanton R. SHEETZ, from the Action of the Board of Assessment and Revision of Taxes for Blair County.

Petition of SHEETZ, INC., Stanton Sheetz & Blair County Board of Assessment & Revision of Taxes.

Supreme Court of Pennsylvania.

Nov. 29, 1994.

### ORDER

PER CURIAM:

The Petition for Allowance of Appeal is GRANTED and the order of the Commonwealth Court is hereby REVERSED in accordance with this Court's opinion in *In Re: Appeal of the Borough of Churchill,* 525 Pa. 80, 575 A.2d 550 (1990). The case is REMANDED to the Commonwealth Court for consideration of the merits of the appeal from the order of the Blair County Court of Common Pleas. Jurisdiction relinquished.

MONTEMURO, J., is sitting by designation.

---

9. The Prothonotary of the Supreme Court is directed to transmit the complete record in this case to the Governor, 42 Pa.C.S. § 9711(i).